IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATLANTIS PETROLEUM, LLC | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-2517 |
| GETTY PETROLEUM MARKETING, INC., | : | |
| LUKOIL AMERICAS CORPORATION, and | : | |
| SEMYON LOGOVINSKY | : | |

## ORDER

AND NOW, this  19th  day of April, 2011, upon consideration of the Motion of Plaintiff Atlantis Petroleum, LLC, for Temporary Restraining Order and Preliminary Injunction (ECF No. 4), and all documents submitted in support thereof and in opposition thereto, and after a hearing in open court, it is ORDERED as follows:

1. Plaintiff's request for a Temporary Restraining Order is GRANTED.

2. GPMI is PROHIBITED and ENJOINED, absent further order of this Court, from directly or indirectly, by itself or through any agent:

    a. Terminating the Distributor Agreement and the Sublease;

    b. Taking any action whatsoever to effectuate any purported termination of the Distributor Agreement and the Sublease;

3. Atlantis shall not be required to post a bond.

4. This order shall remain in full force and effect until further order of this Court.

5. A further hearing on the Motion shall be held before this Court on

Wednesday, April 27, 2011, at 10 am.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge