IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATLANTIS PETROLEUM, LLC | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-2517 |
| GETTY PETROLEUM MARKETING, INC., ET AL. | : | |
| | : | |

**ORDER**

 **AND NOW**, this  19th  day of  September , 2011, upon consideration of Defendant's Motion In Limine To Exclude From Trial Evidence Of Or References To Alleged Promises To Transfer Service Stations To Atlantis's Control (ECF No. 87), it is **ORDERED** that the Motion is **DISMISSED AS MOOT**.

 **IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**